1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11  ELTON ANDERSON,                )   NO. CV 07-00708 SS
                                   )
12              Plaintiff,         )
                                   )   **JUDGMENT**
13         v.                      )
                                   )
14  MICHAEL J. ASTRUE,             )
    Commissioner of the Social     )
15  Security Administration,       )
                                   )
16              Defendant.         )
    _____)

17

18

19     IT IS ADJUDGED that the decision of the Commissioner is REVERSED

20  and that the above-captioned action is REMANDED to the Commissioner for

21  further action consistent with the Court's Memorandum Decision and

22  Order.

23

24  DATED: January 14, 2008.

25                              /S/

26                              _____
                                SUZANNE H. SEGAL
27                              UNITED STATES MAGISTRATE JUDGE

28

13